UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Andres A. Patino

Case No.: 17-11554

Chapter: 7

Judge: SLM

## NOTICE OF PROPOSED ABANDONMENT

_____Eric R. Perkins_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  U.S. Bankruptcy Court
50 Walnut Street
Newark, New Jersey  07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on March 28 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  715 Newark Avenue
Apartment 1-B
Elizabeth, NJ  07208

Fair Market Value: $137,000

Liens on property:  Subject to a first mortgage held by Ditech Financial on which there is due approximately $320,842.

Amount of equity claimed as exempt:  None

Objections must be served on, and requests for additional information directed to:

Name:  Eric R. Perkins, Trustee
Address:  40 West Ridgewood Avenue, Ridgewood, New Jersey  07601
Telephone No.:  (201) 493-3734

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Andres A. Patino  
      Debtor  

Case No. 17-11554-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Feb 27, 2017  
                  Form ID: pdf905    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.

```
db           +Andres A. Patino,    715 Newark Ave.,   Apt. 1-B,    Elizabeth, NJ 07208-3532
cr           +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516612442    +ARS / Account Resolution Specialist,    P.O. Box 459079,    Org. acct. # 52832211-410-4585,
               Sunrise, FL 33345-9079
516612438    +Advnc. Laparoscopic Surgery of Union Co.,    155 Morris Ave.,    Ste. 204,
               Springfield, NJ 07081-1224
516612439    +American Express Co.,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
516612440    +American Express Co.,    P.O. Box 981540,    Attn : Correspondence Dept.,
               El Paso, TX 79998-1540
516612441    +American Express Co.,    P.O. Box 981540,    Attn : Correspondence Dep,    El Paso, TX 79998-1540
516612443   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America, N. A.,    P.O. Box 26078,    Greensboro, NC 27420)
516612447    +Morristown Pathology Assco., P.A.,    P.O. Box 190,    Morristown, NJ 07961-0190
516612448    +Omega Rooms,    7505 W. Tiffany Springs Parkway,    Kansas City, MO 64153-1386
516612449    +Overlook Hospital Medical Center,    99 Beauvoir Ave.,    Summit, NJ 07901-3595
516612450    +Rickart Collection Systems, Inc.,    P.O. Box 7242,    Org. acct. # 1385963/110614,
               North Brunswick, NJ 08902-7242
516612453     Summit Anesthesia Assoc., P. A.,    30 Overlook Rd.,    Ste. 311,    Summit, NJ 07901
516612454    +Summit Radiological Assoc.,    151 Summit Ave.,    Summit, NJ 07901-2813
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2017 21:49:31     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2017 21:49:31     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516612444    +E-mail/Text: bankruptcy@certifiedcollection.com Feb 27 2017 21:49:29
               Certified Credit & Collection Bureau,    P.O. Box 1750,    Org. acct. 1430903476,
               Whitehouse Station, NJ 08889-1750
516612446    +E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2017 21:49:28     Ditech Financial, LLC,
               P.O. Box 6172,    Attn : Bankruptcy Dept.,    Rapid City, SD 57709-6172
516612445    +E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2017 21:49:28     Ditech Financial, LLC,
               P.O. Box 6172,    Rapid City, SD 57709-6172
516612451    +E-mail/Text: bankruptcy@savit.com Feb 27 2017 21:49:52     Sa-vit Collection Agency,
               P.O. Box 250,    B76712,    East Brunswick, NJ 08816-0250
516612452    +E-mail/Text: clientservices@simonsagency.com Feb 27 2017 21:49:46     Simons Agency, Inc.,
               4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
516653333    +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2017 21:48:10     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
516612437    ##+Account Resolution Specialist,    1801 N.W. 66th. Ave.,    Fort Lauderdale, FL 33313-4571
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                 Page 2 of 2            Date Rcvd: Feb 27, 2017
                              Form ID: pdf905             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,   slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William P. Bonomo    on behalf of Debtor Andres A. Patino nyattybill@aol.com,
               bonomolawecf@gmail.com;claudiacas45@hotmail.com;claudia@garanticesufuturo.com;claudiapatycastella
               nos@gmail.com;lediazlaw@gmail.com;Perezjrlegaldocs@verizon.net
                                                                                             TOTAL: 5
```