**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Andres A. Patino | Social Security number or ITIN   xxx–xx–0376 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–11554–SLM | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andres A. Patino

4/26/17

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 17-11554-SLM
Andres A. Patino                                             Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin               Page 1 of 2          Date Rcvd: Apr 26, 2017
                               Form ID: 318              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2017.
db             +Andres A. Patino,    715 Newark Ave.,    Apt. 1-B,    Elizabeth, NJ 07208-3532
cr             +Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,   Norfolk, VA 23541-1021
516612442      +ARS / Account Resolution Specialist,    P.O. Box 459079,    Org. acct. # 52832211-410-4585,
                 Sunrise, FL 33345-9079
516612438      +Advnc. Laparoscopic Surgery of Union Co.,     155 Morris Ave.,   Ste. 204,
                 Springfield, NJ 07081-1224
516612447      +Morristown Pathology Assco., P.A.,    P.O. Box 190,    Morristown, NJ 07961-0190
516612448      +Omega Rooms,    7505 W. Tiffany Springs Parkway,    Kansas City, MO 64153-1386
516612449      +Overlook Hospital Medical Center,    99 Beauvoir Ave.,    Summit, NJ 07901-3595
516612450      +Rickart Collection Systems, Inc.,    P.O. Box 7242,    Org. acct. # 1385963/110614,
                 North Brunswick, NJ 08902-7242
516612453       Summit Anesthesia Assoc., P. A.,    30 Overlook Rd.,    Ste. 311,   Summit, NJ 07901
516612454      +Summit Radiological Assoc.,    151 Summit Ave.,    Summit, NJ 07901-2813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 26 2017 23:09:12      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 26 2017 23:09:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516612439      +EDI: AMEREXPR.COM Apr 26 2017 22:43:00      American Express Co.,   P.O. Box 297871,
                 Fort Lauderdale, FL 33329-7871
516612440      +EDI: AMEREXPR.COM Apr 26 2017 22:43:00      American Express Co.,   P.O. Box 981540,
                 Attn : Correspondence Dept.,    El Paso, TX 79998-1540
516612441      +EDI: AMEREXPR.COM Apr 26 2017 22:43:00      American Express Co.,   P.O. Box 981540,
                 Attn : Correspondence Dep,    El Paso, TX 79998-1540
516612443       EDI: BANKAMER.COM Apr 26 2017 22:43:00      Bank of America, N. A.,   P.O. Box 26078,
                 Greensboro, NC 27420
516612444      +E-mail/Text: bankruptcy@certifiedcollection.com Apr 26 2017 23:08:57
                 Certified Credit & Collection Bureau,    P.O. Box 1750,   Org. acct. 1430903476,
                 Whitehouse Station, NJ 08889-1750
516612446      +E-mail/Text: bankruptcy.bnc@ditech.com Apr 26 2017 23:08:53      Ditech Financial, LLC,
                 P.O. Box 6172,   Attn : Bankruptcy Dept.,    Rapid City, SD 57709-6172
516612445      +E-mail/Text: bankruptcy.bnc@ditech.com Apr 26 2017 23:08:53      Ditech Financial, LLC,
                 P.O. Box 6172,   Rapid City, SD 57709-6172
516612451      +E-mail/Text: bankruptcy@savit.com Apr 26 2017 23:10:10      Sa-vit Collection Agency,
                 P.O. Box 250,   B76712,    East Brunswick, NJ 08816-0250
516612452      +E-mail/Text: clientservices@simonsagency.com Apr 26 2017 23:09:58      Simons Agency, Inc.,
                 4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
516653333      +EDI: RMSC.COM Apr 26 2017 22:43:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516612437    ##+Account Resolution Specialist,    1801 N.W. 66th. Ave.,    Fort Lauderdale, FL 33313-4571
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Apr 26, 2017
                              Form ID: 318             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric R. Perkins    eperkins@mdmc-law.com,   slahr@mdmc-law.com,nj42@ecfcbis.com,
           gdelmonaco@mdmc-law.com
          Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,   slahr@mdmc-law.com,
           nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          William P. Bonomo    on behalf of Debtor Andres A. Patino nyattybill@aol.com,
           bonomolawecf@gmail.com;claudiacas45@hotmail.com;claudia@garanticesufuturo.com;claudiapatycastella
           nos@gmail.com;lediazlaw@gmail.com;Perezjrlegaldocs@verizon.net
                                                                                             TOTAL: 5
```